# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LARRY REED and DARNELL MCCOY, SR., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GENERAL MOTORS LLC and ONSTAR LLC,<br><br>　　　　Defendants. | Case No. 24-cv-10804<br><br>Honorable Jonathan J.C. Grey<br><br>Magistrate Curtis Ivy, Jr. |

## JOINT MOTION FOR AN EXTENSION OF DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

The parties jointly move the Court for an Order extending the deadline by which the Defendants must answer or otherwise respond to the complaint. Good cause exists to extend the deadline because:

(1) this action is one of a growing number of putative class actions filed in federal jurisdictions across the country; these cases are the subject of a pending motion to transfer and centralize the cases under 28 U.S. 1407. *See In Re: Consumer Vehicle Driving Data Tracking Litigation*, Case MDL No. 3115, Dkt. 1 (U.S. Jud. Pan. Mult. Lit. April 5, 2024); Dkt. 3 (U.S. Jud. Pan. Mult. Lit. April 9, 2024) (accepting motion for filing);

(2) the Judicial Panel on Multidistrict Litigation set the motion to transfer and centralize for hearing on May 30, 2024; *Id.* Dkt. 4 (U.S. Jud. Pan. Mult. Lit. April 9, 2024);

(3) a ruling is expected soon after the hearing; and

(4) on April 18, 2024, the parties submitted to the Court a proposed order in which the parties stipulated that good cause exists to stay the litigation pending the JMPL's resolution of the pending motion to transfer and centralize because "a stay will promote judicial economy and sound judicial administration, avoid duplicative pretrial proceedings and potentially inconsistent pretrial rulings, and prevent prejudice to all parties."

In light of the above good cause, the parties jointly move to extend Defendants' deadline to respond to the pending complaint until 30 days after: (1) the Court lifts any order entered on the parties' stipulation and proposed order for a stay, or (2) the Court denies the parties' proposed order for a stay.

Counsel for the Defendants certifies that she conferred with Plaintiffs' counsel on April 22, 2024, and Plaintiffs' counsel agreed to jointly move for this relief.

Respectfully submitted,

| | |
|---|---|
| */s/ Dennis A. Lienhardt (with consent)* | /s/ Stephanie A. Douglas |
| Dennis A. Lienhardt (P81118) | Stephanie A. Douglas (P70272) |
| **THE MILLER LAW FIRM, P.C.** | **BUSH SEYFERTH PLLC** |
| 950 W. University Drive, Suite 300 | 100 W. Big Beaver Rd. Suite 400 |
| Rochester, MI 48307 | Troy, MI 48084 |
| Tel: (248) 841-2200 | (248) 822-7800 |
| dal@millerlawpc.com | douglas@bsplaw.com |
| Attorneys for Plaintiffs | Attorneys for General Motors LLC and OnStar LLC |

Dated: April 22, 2024

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LARRY REED and DARNELL MCCOY, SR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC and ONSTAR LLC,<br><br>Defendants. | Case No. 24-cv-10804<br><br>Honorable Jonathan J.C. Grey<br><br>Magistrate Curtis Ivy, Jr. |

**BRIEF IN SUPPORT OF JOINT
MOTION FOR AN EXTENSION OF DEFENDANTS' TIME
TO ANSWER OR OTHERWISE RESPOND
<u>TO PLAINTIFFS' COMPLAINT</u>**

## STATEMENT OF ISSUE PRESENTED

1. Should the Court exercise its broad discretion to extend Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint?

> The parties answer "Yes."
>
> This Court should answer "Yes."

## CONTROLLING OR MOST APPROPRIATE AUTHORITY

Fed. R. Civ. P. 6(b)(1)

In support of their motion, the parties state the following:

1. Plaintiffs' initial complaint was filed March 28, 2024.

2. Defendants was served with the summons and complaint on April 4, 2024.

3. Defendants answer or response to the pleading is due on April 25, 2024.

4. On April 18, 2024, the parties submitted a stipulation to stay this case, until a decision was rendered by the MDL Panel.

5. This and other putative class actions filed in federal jurisdictions across the country are the subject of a pending motion to transfer and centralize the cases under 28 U.S. 1407. *See In Re: Consumer Vehicle Driving Data Tracking Litigation*, Case MDL No. 3115, Dkt. 1 (U.S. Jud. Pan. Mult. Lit. April 5, 2024); Dkt. 3 (U.S. Jud. Pan. Mult. Lit. April 9, 2024) (accepting motion for filing).

5. On April 18, 2024, the parties submitted to the Court a proposed order in which the parties stipulated that good cause exists to stay the litigation pending resolution by the Judicial Panel on Multi-District Litigation's of a motion to transfer and centralize class actions because "a stay will promote judicial economy and sound judicial administration, avoid duplicative pretrial proceedings and potentially inconsistent pretrial rulings, and prevent prejudice to all parties."

6. As of this filing, the Court has not yet entered an order staying the case.

7.      The parties agree that the factors that establish good cause for staying the case also establish good cause to extend the Defendants' deadline to answer.

## ARGUMENT

Federal Rule of Civil Procedure 6(b)(1) allows a party to seek an enlargement of time "with or without motion or notice" so long as the "request is made before the original time or its extension expires," and the Court may grant the request upon a showing of good cause.  Extensions are ordinarily granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party; neither a formal motion nor notice to the adverse party is required by the rule. *See* § 1165Extending Time—In General, 4B Fed. Prac. & Proc. Civ. § 1165 (4th ed.).

Here, the parties agree that they have shown good cause to enlarge the Defendants' time to respond to Plaintiffs' pleading.

## CONCLUSION

In light of good cause shown, the parties jointly move to enlarge the Defendants' deadline to respond to Plaintiffs' complaint until 30 days after: (1) the Court lifts any order entered on the parties' stipulation and proposed order for a stay, or (2) the Court denies the parties' proposed order for a stay.

Respectfully submitted,

| | |
|---|---|
| */s/ Dennis A. Lienhardt (with consent)* | */s/ Stephanie A. Douglas* |
| Dennis A. Lienhardt (P81118) | Stephanie A. Douglas (P70272) |
| **THE MILLER LAW FIRM, P.C.** | **BUSH SEYFERTH PLLC** |
| 950 W. University Drive, Suite 300 | 100 W. Big Beaver Rd. Suite 400 |
| Rochester, MI 48307 | Troy, MI 48084 |
| Tel: (248) 841-2200 | (248) 822-7800 |
| dal@millerlawpc.com | douglas@bsplaw.com |
| | Attorneys for General Motors LLC |
| Dated: April 22, 2024 | and OnStar LLC |

3